NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LLOYD J. FLEMING,**
*Plaintiff-Appellant,*

v.

**RICHARD COWARD** AND **P. HEMPHILL, OFFICER #2478,**
*Defendants-Appellees,*

AND

**WALTER W. TWEEDY, POOL, OFFICER, ADRIANNE TODMAN, FRANK LANCASTER,** AND **LORRY BLUITT BONDS,**
*Defendants-Appellees,*

AND

**ARUN C. WILLIAMS** AND **PATRICK ASSOUAD,**
*Defendants-Appellees,*

AND

**GARRETT, MOTENAR ROBERSON, JOSEPH DUKES, EBENEZER OLOMO, LARRY LOUCUS, TOM WOODSON, BEEMON FLEMING, JIMMY MCGIVIE, KESHA TAYLOR, JESSICA, RECITA EVANS, STEPHEN WHEELE, KAREN BUSH,** AND **MEREDITH KOLBRENER,**
*Defendants.*

---

LLOYD FLEMING V. RICHARD COWARD                    2

2013-1091

_____

Appeal from the United States District Court for the District of Columbia in No. 12-CV-0330, Judge Richard J. Leon.

_____

**ON MOTION**

_____

**O R D E R**

Lloyd J. Fleming submits a "motion for relief with the memerandums amended complaints, and the motion of sequester and the motions docketed." To the extent that Fleming is raising arguments regarding the merits of his appeal, those arguments belong in his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26